IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                  Criminal Action No.
                                                      19-00010-05-CR-W-BP

NAYELI FUENTES-VERDUGO,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Conspiracy to distribute methamphetamine, Count One; possession with intent to distribute methamphetamine, Count Twenty-Four; and distribution of methamphetamine, Count Twenty-Five.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
       Government: Jeffrey McCarther, another attorney will also be at trial.
       Case Agent: ATF Special Agent Elizabeth Gentry
       Defense:   Frederick Duchardt

**OUTSTANDING MOTIONS**: Motions related to the issuance of subpoenas, document numbers 154, 155 and 157.

**TRIAL WITNESSES**:
       Government: 5 with stipulations; 6 without stipulations
       Defendants: 6 witnesses, and possibly the defendant

**TRIAL EXHIBITS**
       Government: no more than 50 exhibits
       Defendant: 50-75 exhibits for defendant (it is possible that some of these are the same as the government's exhibits.)
       Some of the exhibits will be hidden camera footage. The day of defendant's arrest there is camera footage from seven different angles. Various portions of the camera footage will be marked as exhibits.

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
(X ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3-3 ½ days**
Government's case including jury selection: 2 ½ -3 days
Defense case: ½ day

**STIPULATIONS**: The parties are working on stipulations as to the quantity and quality of the drugs.

**UNUSUAL QUESTIONS OF LAW:** None other than the issues that have been raised pretrial.

**FILING DEADLINES:**

**Witness and Exhibit Lists**
Government: On or before Monday March 2, 2020
Defense: On or before Monday March 2, 2020
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:** By noon, Wednesday March 11, 2020
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** None planned

**TRIAL SETTING**: Criminal jury trial docket commencing **March 16, 2020**
**Please note:**.Government counsel requests the first week of the docket as he has another case set the week of March 23, 2020.

**IT IS SO ORDERED.**

    /s/ Sarah W. Hays
SARAH W. HAYS
United States Magistrate Judge

Kansas City, Missouri
February 20, 2020